Order entered December 29, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01069-CV

## IN THE INTEREST OF A.C.M., A MINOR CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-19569-Z**

## ORDER

We **DENY** appellant's December 28, 2015 second motion for additional time to file brief.

We **ORDER** appellant's brief to be filed by **5:00 p.m. on Thursday, December 31, 2015.** If appellant fails to do so, this Court will exercise available remedies, which may include the removal of present counsel, ordering the appointment of new counsel, and other relief this Court deems appropriate.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to the Honorable David Lopez, Presiding Judge of the 256th Judicial District Court, and the parties.

/s/  CRAIG STODDART
JUSTICE

RECEIVED IN
COURT OF APPEALS, 5th DIST.

JAN 1 5 2016

LISA MATZ
CLERK, 5th DISTRICT



**Court of Appeals**
**Fifth District of Texas at Dallas**
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202



$ 000.49⁰

MAILED FROM ZIP CODE 75201

**RETURN**
**TO SENDER**

CASE: 05-15-01069-CV
JUSTIN RAY MONROE
SANDER
TDCJ # 0
1100 HW
VENUS,

7608433966 RC
75202 06631

NIXIE        750    DE  1           0001/12/16

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 7520Z663150      *1734-03580-30-42